UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN CARL LARSON, | ) | CIV. 09-4183-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| MOODY COUNTY, SOUTH DAKOTA, and MINNEHAHA COUNTY, SOUTH DAKOTA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the joint motion to dismiss, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed as to each defendant on its merits, with prejudice, each party to bear their own attorneys' fees, disbursements, taxes, and costs.

Dated October 20, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE